# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN C. PETERSON,
Appellant,
vs.
THE SUITES,
Respondent.

No. 76270

FILED

OCT 1 5 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This pro se appeal was docketed in this court on July 5, 2018, without payment of the requisite filing fee. The district court's August 1, 2018, order denying appellant's application to proceed in forma pauperis was filed in this court on August 8, 2018. On August 20, 2018, this court entered an order directing appellant to pay the filing fee within 30 days or file a motion in this court to proceed in forma pauperis. Further, the order cautioned appellant that failure to pay the filing fee or file the motion would result in dismissal of this appeal. To date, appellant has not paid the filing fee or otherwise responded to this court's order. Accordingly, cause appearing, this appeal is hereby dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

---

[1]Respondent's motion to dismiss appeal filed in this court on August 13, 2018, is denied as moot.

18- 40393

cc:    Hon. James Crockett, District Judge
       John C. Peterson
       Smith Larsen & Wixom
       Eighth District Court Clerk